**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Scott Anderson HALL, Defendant-Appellant.**

**No. 15-12842**

**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(January 20, 2017)

Karin Bethany Hoppmann, Arthur Lee Bentley, III, U.S. Attorney's Office, Tam-

pa, FL, Mark Devereaux, Bonnie Ames Glober, Mac D. Heavener, III, Assistant U.S. Attorney, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff-Appellee

Scott Anderson Hall, Montgomery, AL, for Defendant-Appellant

Before MARCUS, JULIE CARNES and FAY, Circuit Judges.

PER CURIAM:

Robert Rivers, appointed counsel for Scott Anderson Hall, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED**, and Hall's convictions and total sentence are **AFFIRMED**.